# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1124
L.T. Case No. 2009-CF-005115-A

_____

WINEL A. CASTRO-MOLINA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Seminole County.
Melanie Freeman Chase, Judge.

Winel A. Castro-Molina, Miami, pro se.

No Appearance for Appellee.

August 27, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and LAMBERT and JAY, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————